IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | )<br>)<br>) | |
| Vs. | ) | Case No. 3:21-CR30022 SPM |
| CATHARINE A. KAHRIG, | )<br>)<br>) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Comes now, Attorney William J. Ekiss, and hereby requests leave to withdraw as attorney of record for Defendant Catharine Kahrig, due to a difference of opinion as to the strategy of the case, and defendant's relationship with the co-defendant. As this Court is aware, the disposition of Ms. Kahrig's case was contingent on the court accepting Kevin Kahrig's plea of guilty. Despite the plea deal, Mr. Kahrig advised the Court that he was not going to enter a change of plea. As such, no plea was entered this date despite the effect such a decision had on Ms. Kahrig (co-defendant). Which ultimately means that Ms. Kahrig's plea deal is no longer valid. Additionally, Mr. Kahrig's attorney requested leave to withdraw.

Based upon Counsel's representation of Ms. Kahrig throughout these proceedings, Counsel has become suspicious of what appears to be manipulations or pressure being applied to the defendant. These suspicions render Counsel unable to effectively represent the defendant and to employ certain strategies. Counsel feels he has no control over his client, her ability to effectively rationalize her position and to make decisions on her own without external input or pressure. Based upon that belief, Counsel believes that the defendant cannot follow Counsel's advice as to specific strategy and the purposes of Counsel's representations.

Counsel spoke to Ms. Kahrig by phone and explained to her, his concerns and the rational for filing a motion to withdraw as her attorney.   See stated that she understood, and advised that she would seek new Counsel once her husband has secured a new attorney.

WHEREFORE, for the above stated reasons, Counsel for the defendant Catharine Kahrig moves this Honorable Court to enter an order granting Counsel leave to withdraw as the attorney of record.

THE LAMPIN LAW FIRM

Respectfully submitted,

/s/William J. Ekiss
William J. Ekiss (#47389)
5770 Mexico Rd., Ste. A
St. Peters, MO 63376
(636) 317-6331
(636) 441-0198 Fax
billekiss@lampinlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Peter Reed, Assistant U.S. Attorney.

/s/ William J. Ekiss